06 CV 1241

Judge Berman

81-06/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs QATAR SHIPPING CO. Q.S.C.
80 Pine Street
New York, NY 10005
(212) 425-1900

Michael E. Unger (MU 0045)

------------------------------------------------------------x

QATAR SHIPPING CO. Q.S.C.,

    Plaintiff,

v.

TOTALMAR NAVIGATION CORP.,

    Defendants.

------------------------------------------------------------x

06 CIV _____ ( ____ )

**RULE 7.1 STATEMENT**

QATAR SHIPPING CO. Q.S.C., by and through undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certify that they are private (non-governmental) parties, have no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of either company.

Dated: New York, New York
       February 16, 2006

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                QATAR SHIPPING CO. Q.S.C.

                                By: _____
                                     Michael E. Unger (MU 0045)

80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

NYDOCS1/255003.1

Case 1:06-cv-01241-RMB    Document 2    Filed 02/16/2006    Page 2 of 2