Judge Berman

06 CV 1241

81-06/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
QATAR SHIPPING CO. Q.S.C.,

        Plaintiff,

v.

TOTALMAR NAVIGATION CORP.,

        Defendants.
----------------------------------------------------------x

06 CIV _____ ( )

ORDER DIRECTING
PROCESS OF MARITIME
ATTACHMENT AND
GARNISHMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-16-06

Upon reading and filing the Verified Complaint of the Plaintiff herein, verified on the 16th day of February 2006, and the affidavit of Michael E. Unger, sworn to on the same day, that to the best of his information and belief Defendant TOTALMAR NAVIGATION CORP. cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1), and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist,

NOW, upon motion of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiff, it is hereby

**O R D E R E D** that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendant, as described therein, including but not limited to any property of the Defendant TOTALMAR NAVIGATION CORP. held by or in the possession, custody or control of or being transferred through, American Express Bank, Citibank, JP Morgan Chase, Wachovia, Bank of America, Bank of New York, HSBC

MICROFILM FEB 17 2006 -9:00 AM

NYDOCS1/255005.1          1

Bank, Standard Chartered, Deutsche Bank, and / or any other garnishee(s) on whom a copy of the Process of Maritime Attachment and Garnishment may be served, in the amount of **$378,470.17** pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

O R D E R E D that supplemental process enforcing the Court's Order may be issued without further Order of the Court; and it is further

O R D E R E D that following initial service by the United States Marshal or other designated person upon a garnishee, with affidavit of service, supplemental service of the Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served and such subsequent service by facsimile or e-mail, if transmitted from within the District shall be deemed to have been made within the District; and it is further

O R D E R E D that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day.

Dated: New York, New York
February 16, 2006

_____
U.S.D.J.

(PART I)