*Judge Berman* *BERMAN S.*

81-06/MEU
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
QATAR SHIPPING CO. Q.S.C.,

        Plaintiff,

    v.

TOTALMAR NAVIGATION CORP.,

        Defendants.
------------------------------------------------------x

**06 CV 1241**

06 CIV _____ ( )

ORDER APPOINTING SPECIAL
PROCESS SERVER PURSUANT
TO F.R.C.P. RULE 4(c)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-16-06

An application having been made by counsel for Plaintiffs for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Michael E. Unger, sworn to on February 16, 2006, and good cause having been shown, it is hereby

**O R D E R E D** that Michael E. Unger, Lawrence J. Kahn, Andrea Campbell, Robert Ridenour, Joan Sorrentino, or any other partner, associate, paralegal or agent of Freehill Hogan & Mahar, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for, or on account of, Defendant.

Dated: New York, New York
       February 16, 2006

_____
U.S.D.J.

(PART I)

MICROFILM FEB 17 2006 -9:22 AM

NYDOCS1/255007.1