LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI*
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA△
BARBARA G. CARNEVALE*
DOLORES N. O'LEARY*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*○
DANIEL J. FITZGERALD*†△
JILL A. TAFT
KERRY A. DINNEEN◊

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
  ALSO ADMITTED IN WASHINGTON, D.C.
○ ALSO ADMITTED IN LOUISIANA
◊ ALSO ADMITTED IN MASSACHUSETTS

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

February 28, 2006

OUR REF: 81-06/MEU

The Hon. Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse - Foley Square
40 Centre Street, Courtroom 706
New York, NY  10007

Re:  Qatar Shipping Co. Q.S.C. v. Totalmar Navigation Corp.
     06 CIV 1241 (RMB)

Dear Judge Berman:

We represent Plaintiff Qatar Shipping and write to request an adjournment of the Initial Conference currently scheduled for March 28, 2006 at 9:30 a.m. and for the modification of the scheduling order so as to permit Plaintiff to comply with the Order after service of the attachment. This is our first request for such relief.

This matter involves a claim by Qatar Shipping against Totalmar for breach of a maritime contract of charter party. Qatar Shipping's Verified Complaint included a request for an attachment pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure, and contemporaneously with the filing of the Verified Complaint, Qatar Shipping applied for relief pursuant to Rule B, which was granted *ex parte* on February 16, 2006.

Qatar Shipping has thus far been unable to locate and restrain any property of Defendant Totalmar within this District, but efforts to do so are continuing. If we were to notify our adversaries of these proceedings now, though – before any property is restrained – it would defeat the purpose for which the attachment was sought and this Court's Order issued.

We therefore respectfully request that we be permitted to serve our adversaries their copy of the scheduling order after serving the Notice of Attachment required by Local Admiralty Rule B.2 and we respectfully request that the Initial Conference be adjourned for 30 days.

NYDOCS1/255812.1

[Stamp: RECEIVED MAR 1 - 2006 RICHARD M. BERMAN U.S.D.J.]

[Handwritten endorsement: "Application respectfully denied. As I understand it, the 'Assets' are the basis for the Court's jurisdiction."
SO ORDERED:
Date: 3/2/06
Richard M. Berman, U.S.D.J.]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/2/06]

MEMO ENDORSED

The Hon. Richard M. Berman
February 28, 2006
Page 2

    We thank the Court for its consideration of this request.

                                                Respectfully submitted,

                                                FREEHILL HOGAN & MAHAR LLP

                                                Michael E. Unger

MEU

NYDOCS1/255812.1

                    FREEHILL, HOGAN & MAHAR LLP