NOURSE & BOWLES, LLP
Attorneys for Defendant
TOTALMAR NAVIGATION CORP.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

QATAR SHIPPING CO. Q.S.C.

                Plaintiff,

- against -

TOTALMAR NAVIGATION CORP.

                Defendant.

-------------------------------------------------------X

06 CIV 1241 (RMB)

**FED. R. CIV. P. § 7.1. STATEMENT**

Pursuant to Fed. R. Civ. P. § 7.1(a), the undersigned attorney of record for Defendant, TOTALMAR NAVIGATION CORP., certifies that defendant has no U.S. corporate parents or publicly held corporations owning 10% or more of its stock.

Dated: New York, New York
       May 17, 2006

                                          NOURSE & BOWLES, LLP
                                          Attorneys for Defendant
                                          TOTALMAR NAVIGATION CORP.

                                          By: _____
                                          Michael E. Crowley (MC 7713)
                                          One Exchange Plaza
                                          At 55 Broadway
                                          New York, NY 10006-3030
                                          (212) 952-6200