UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QATAR SHIPPING CO. Q.S.C.,

                Plaintiff(s),                06 **CIVIL** 1241 (RMB)

-against-

TOTALMAR NAVIGATION CORP.,
                Defendant(s).
------------------------------------------------------------X

**RICHARD M. BERMAN, U.S.D.J.:**

      Counsel for the Plaintiff and Defendant, having appeared in Court on June 14, 2006 and having requested that this matter be placed on the suspense calendar, it is hereby,

    **ORDERED**, to place the above-entitled action on the **SUSPENSE** docket; and it is further,

    **ORDERED**, that counsel for Plaintiff write to the Court every ninety (90) days advising the Court of the status of the matter.

**SO ORDERED**.

Dated: New York, New York
       June 14, 2006

                                                    _____
                                                **Hon. Richard M. Berman, U.S.D.J.**