UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QATAR SHIPPING CO. Q.S.C.,            :
                                      :
              Plaintiff,      :   06 Civ. 1241 (RMB)
                                      :
     -against-                       :   <u>**ORDER OF DISCONTINUANCE**</u>
                                      :
TOTALMAR NAVIGATION CORP.,            :
                                      :
              Defendant.      :
------------------------------------------------------------X

      Based on Plaintiff having indicated on November 28, 2007 that it will voluntarily dismiss this action, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued. Plaintiff is to file the stipulation of dismissal forthwith.

**SO ORDERED.**

Dated: New York, New York
       November 28, 2007

                                                                          _/s/ RMB_____
                                                                   Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2007