81-06/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
QATAR SHIPPING CO. Q.S.C.
80 Pine Street
New York, NY  10005
(212) 425-1900/(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

QATAR SHIPPING CO. Q.S.C.

                  Plaintiff,

      - against -

TOTALMAR NAVIGATION CORP.

                  Defendant.

------------------------------------------------------------------x

**06 CV 1241 (RMB)**

**STIPULATION OF
DISCONTINUANCE**

        **IT IS HEREBY STIPULATED AND AGREED** by and between the

undersigned attorneys for the parties herein that this action be discontinued with

prejudice and without costs as to either party.

Dated: New York, New York
       November 28, 2007

_____
Michael E. Unger, Esq.
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
QATAR SHIPPING CO. Q.S.C.
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax

_____
Michael Crowley, Esq.
NOURSE & BOWLES, LLP
Attorneys for Defendant
TOTALMAR NAVIGATION CORP
One Exchange Plaza
55 Broadway
New York, NY  10006
(212) 952-6214

        **"SO ORDERED"**

_____
Hon. Richard M. Berman, U.S.D.J.

11/29/07

NYDOCS1/294546.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2007